# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GARY D. EPPLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-15-1357-M |
| | ) |
| BNSF RAILWAY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is plaintiff's Motion to Appear Pro Hac Vice and to Associate Counsel, filed May 24, 2016. Upon review of plaintiff's motion, the Court GRANTS plaintiff's Motion to Appear Pro Hac Vice and to Associate Counsel [docket no. 22]. S. Reed Morgan is admitted to practice before this Court for the limited purpose of participating in this case as counsel for plaintiff, provided counsel electronically files an entry of appearance consistent with LCvR 83.4.

**IT IS SO ORDERED this 2nd day of June, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE